# FULTON COUNTY MARSHAL DEPARTMENT
*SERVICE OF PROCESS FOR COMPLAINTS*
## SECOND ORIGINAL

17MR00398



THOMAS J. HENRY INJURY ATTORNEYS

Case # __USDC 417CV21HLM__

Fulton County Case # __17MR00398__

**Attorney or Plaintiff Name and Address**

2nd ORIGINAL

IN THE __JUDICIAL__ COURT OF __USDC__ COUNTY, STATE OF __GEORGIA__

David Scott        vs.    HIL-ROM COMPANY INC
                          Attn R/A CT CORPORATION SYSTEM
                          1201 PEACHTREE ST
                          Atlanta GA  30361

COST PAID

FCMD2070957
25.00   AP

**Name and Address of PLAINTIFF**          **Name and Address of PERSON TO BE SERVED**

## MARSHAL'S ENTRY OF SERVICE

**PERSONAL**
GEORGIA, FULTON COUNTY
I have this day served the defendant(s) _____
_____ personally with a copy of the within action and summons.
This _____ day of _____, _____.            _____
                                                      DEPUTY MARSHAL

**NOTORIOUS**
GEORGIA, FULTON COUNTY
I have this day served the defendant(s) _____
By leaving a copy of the action and summons at his/their most notorious place of abode in said County.
Delivered same in hands of _____, a _____
described as follows: Age, about _____ years; weight, about _____ lbs; height, about _____ ft. _____ in.,
Domiciled at the residence of the defendant(s).
This _____ day of _____, _____.            _____
                                                      DEPUTY MARSHAL

**CORPORATION**
GEORGIA, FULTON COUNTY
Served the defendant __Hil-Rom Company Inc__, a corporation, by leaving a copy
of the within action and summons with __Amelia Gaines__ in charge of the office and doing
business of said corporation, in Fulton County, Georgia.
This __16__ day of __February__, __2017__.         _____
                                                      DEPUTY MARSHAL

**BETTER ADDRESS**
GEORGIA, FULTON COUNTY
Diligent search made and the defendant(s):
_____
Not to be found in the jurisdiction of said Court for the following reason:
_____

**NON-EST**
Please furnish this office with a new service form with the correct address.
This _____ day of _____, _____.            _____
                                                      DEPUTY MARSHAL

*RECEIVED FC MARSHAL 15-FEB-17 @ 4:11 PM*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| DAVID SCOTT *Plaintiff(s)* v. HILL-ROM COMPANY, INC. & DEVIN ROSS PASCHAL *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:17-cv-21-HLM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HILL-ROM COMPANY, INC. through its registered agent, CT Corporation System, 1201 Peachtree Streetm, NE, Atlanta, Georgia 30361.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Peter M. Zavaletta; 521 Starr Street, Corpus Christi, Texas 78401

&

Patrick A. Cruise; PO Box 158, Rossville, Georgia 30741

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 02/03/2017

s/Debbie Burkhalter
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:17-cv-21-HLM

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
   _____, a person of suitable age and discretion who resides there,
   on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Amelia Garner (CT Corp), who is
   designated by law to accept service of process on behalf of *(name of organization)* Hil-Rom
   Company, Inc   on *(date)* 2/16/17   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/16/17

Server's signature: /s/ 414

Printed name and title: Lt Pryor H14 (Deputy Marshal)

Server's address:

Additional information regarding attempted service, etc:

Print    Save As...    Reset