IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVSION

| | | |
|---|---|---|
| DAVID SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:17-cv-00021-HLM |
| | ) | |
| vs. | ) | **ACTION FOR INJURIES AND DAMAGES** |
| | ) | |
| HILL-ROM COMPANY, INC. | ) | |
| & DEVIN ROSS PASCHAL, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAIN-TIFF**

**TO: CLERK, COUNSEL OF RECORD AND ALL OTHER INTERESTED PARTIES**

**PLEASE TAKE NOTICE** that the undersigned respectfully requests that H.L. Cromartie, III, be entered as additional counsel of record for Plaintiff DAVID SCOTT in the above-captioned matter. The Clerk is requested to send a copy of all notices, hearings, motions or trials to H.L. Cromartie, III, at the law firm of H.L. Cromartie, III, P.C.

This 6th day of March, 2017.

**H.L. CROMARTIE, III, P.C.**

BY: /s/ H.L. Cromartie, III
H.L. Cromartie, III, Esq.
Ga. Bar No. 197190

401 Broad Street, Suite 300
P.O. Box 1897
Rome, Georgia 30162-1897
(706) 802-0251
(706) 802-0252 (Fax)
rick@hlcromartielaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the above and foregoing **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFF** with the Clerk of Court using the CM/ECF system, which will automatically send notice of such filing to the following:

Patrick A. Cruise
The Hamilton Firm
P.O. Box 158
Rossville, GA 30741
pac@thehamiltonfirm.com

This 6th day of March, 2017.

**H.L. CROMARTIE, III, P.C.**

BY: /s/ H.L. Cromartie, III
H.L. Cromartie, III, Esq.
Ga. Bar No. 197190

401 Broad Street, Suite 300
P.O. Box 1897
Rome, Georgia 30162-1897
(706) 802-0251
(706) 802-0252 (Fax)
rick@hlcromartielaw.com