IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| DAVID SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>HILL-ROM COMPANY, INC. &<br>DEVIN ROSS PASCHAL<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE NO.<br><br>4:17-CV-00021-HLM |

**CORPORATE DISCLOSURE AND CERTIFICATE OF INTERESTED PERSONS IN COMPLIANCE WITH FED.R.CIV.P. 7.1 AND N.D. GA. LOCAL RULE 3.3**

DEFENDANT Hill-Rom Company, Inc. provides this Corporate Disclosure and Certificate of Interested Persons in compliance with Fed.R.Civ.P. 7.1 and N.D. Ga. Local Rule 3.3, and states:

(**1**) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff David Scott

Defendant Hill-Rom Company, Inc.

Hill-Rom Company, Inc. is majority owned (98.79%) by Hill-Rom, Inc.

Hill-Rom, Inc. is fully owned by Hill-Rom Holdings, Inc.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: N/A.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Attorneys for Defendant Hill-Rom Company, Inc.**
Ashley Webber Broach
Daniel J. Kingsley
Ashley N. Pruitt
**Swift, Currie, McGhee & Hiers, LLP**

**Attorneys for Plaintiff**
Thomas J. Henry (*pro hac pending*)
Peter M. Zavaletta
**Thomas J. Henry Injury Attorneys**

Patrick A. Cruise
**The Hamilton Firm**

A supplemental disclosure statement will be filed upon any change in the information provided herein.

This 9th day of March, 2017.

SWIFT, CURRIE, McGHEE & HIERS

*/s/ Ashley Webber Broach*

Ashley Webber Broach
Georgia Bar No. 083593
Daniel J. Kingsley
Georgia Bar No. 541547
Ashley N. Pruitt
Georgia Bar No. 772808

Attorneys for Defendant

1355 Peachtree Street, N.E.
The Peachtree – Suite 300
Atlanta, Georgia 30309-3238
Tele: (404) 874-8800
Fax: (404) 888-6199
ashley.broach@swiftcurrie.com
dan.kingsley@swiftcurrie.com
ashley.pruitt@swiftcurrie.com

**CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D) of the Northern District of Georgia, I hereby certify that this document was prepared in Times New Roman font, 14 point, pursuant to LR 5.1(C).

This 9th day of March, 2017.

SWIFT, CURRIE, McGHEE & HIERS

*/s/ Ashley Webber Broach*


Ashley Webber Broach
Georgia Bar No. 083593
Daniel J. Kingsley
Georgia Bar No. 541547
Ashley N. Pruitt
Georgia Bar No. 772808

Attorneys for Defendant

1355 Peachtree Street, N.E.
The Peachtree – Suite 300
Atlanta, Georgia 30309-3238
Tele: (404) 874-8800
Fax: (404) 888-6199
ashley.broach@swiftcurrie.com
dan.kingsley@swiftcurrie.com
ashley.pruitt@swiftcurrie.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing ***DEFENDANT HILL-ROM COMPANY, INC.'S CORPORATE DISCLOSURE AND CERTIFICATE OF INTERESTED PERSONS IN COMPLIANCE WITH FED.R.CIV.P. 7.1 AND N.D. GA. LOCAL RULE 3.3*** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Patrick A. Cruise
The Hamilton Firm
PO Box 158
Rossville, GA 30741
pac@thehamiltonfirm.com

Thomas J. Henry
Peter M. Zavaletta
Thomas J. Henry Injury Attorneys
521 Starr Street
Corpus Christi, Texas 78401
Pzavaletta-sva@thomasjhenrylaw.com

This 9th day of March, 2017.

SWIFT, CURRIE, McGHEE & HIERS LLP

*/s/ Ashley Webber Broach*

Ashley Webber Broach
Georgia Bar No. 083593
Daniel J. Kingsley
Georgia Bar No. 541547

Ashley N. Pruitt
Georgia Bar No. 772808

Attorneys for Defendant

1355 Peachtree Street, N.E.
The Peachtree, Suite 300
Atlanta, Georgia 30309-3238
ashley.broach@swiftcurrie.com
dan.kingsley@swiftcurrie.com
ashley.pruitt@swiftcurrie.com