IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| DAVID SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>HILL-ROM COMPANY, INC. &<br>DEVIN ROSS PASCHAL<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE NO.<br><br>4:17-CV-00021-HLM |

**CORPORATE DISCLOSURE AND CERTIFICATE OF INTERESTED PERSONS IN COMPLIANCE WITH FED.R.CIV.P. 7.1 AND N.D. GA. LOCAL RULE 3.3**

DEFENDANT Hill-Rom Company, Inc. provides this Corporate Disclosure and Certificate of Interested Persons in compliance with Fed.R.Civ.P. 7.1 and N.D. Ga. Local Rule 3.3, and states:

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Plaintiff David Scott

Defendant Hill-Rom Company, Inc.